# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| O'KEEFE | : | 02-3766 |
| VALASQUEZ, ET AL. | : | 02-4512 |
| PARKLLAN, ET AL. | : | 02-4527 |
| AUSTIN | : | 02-4786 |
| BANDUCCI | : | 02-4792 |
| BARTLETT, ET AL. | : | 02-4834 |
| BARTUSICK | : | 02-4835 |
| ANDERSON, ET AL. | : | 02-4878 |
| BLACKLOCK | : | 02-4901 |
| BOCKMILLER | : | 02-4928 |
| BRANDON | : | 02-4933 |
| ENLOW, ET AL. | : | 02-4964 |
| ENGLEBRECHT, ET AL. | : | 02-4971 |
| FARIAS, ET AL. | : | 02-5003 |
| GOMEZ, ET AL. | : | 02-5029 |
| HOLT, ET AL. | : | 02-5038 |
| GARCIA, ET AL. | : | 02-5049 |
| CRAWFORD | : | 02-5078 |
| FOSTER, ET AL. | : | 02-5094 |
| GRAVES | : | 02-5138 |
| WHITMER, ET AL. | : | 02-5148 |
| GUTMAN, ET AL. | : | 02-5168 |
| WANGPUCHAKANE, ET AL. | : | 02-5173 |
| UNTALAN, ET AL. | : | 02-5215 |
| THORNTON | : | 02-5216 |
| MENDEZ, ET AL. | : | 02-5256 |
| LIAO | : | 02-5274 |
| MOORE, ET AL. | : | 02-5283 |
| LYNCH, ET AL. | : | 02-5284 |
| CHEOCK, ET AL. | : | 02-5350 |
| CENIZA | : | 02-5363 |
| JONES | : | 02-5390 |
| SANDERS | : | 02-5418 |
| NICCOLI, ET AL. | : | 02-5442 |
| SAMUDIO, ET AL. | : | 02-5452 |
| TAN | : | 02-5463 |
| LUNDE, ET AL. | : | 02-5473 |
| OLLIVARES | : | 02-5507 |
| OROSCO | : | 02-5519 |
| SIMEON | : | 02-5534 |

| | | |
|---|---|---|
| PLUNK, ET AL. | : | 02-5544 |
| CILLGRASS | : | 02-5588 |
| HALLETT, ET AL. | : | 02-5597 |
| CARTER | : | 02-5612 |
| PARKER, ET AL. | : | 02-5641 |
| PELOSO | : | 02-5669 |
| LOPEZ, ET AL. | : | 02-5673 |
| MAGUIRE | : | 02-5716 |
| PRICE | : | 02-5720 |
| SMITH | : | 02-5767 |
| SNOWHITE | : | 02-5770 |
| LUTAP, ET AL. | : | 02-5790 |
| MIYASAKI, ET AL. | : | 02-5826 |
| HUNTINGTON, ET AL. | : | 02-5844 |
| RIMOLDI, ET AL. | : | 02-5850 |
| MEHDIZADEH | : | 02-5866 |
| MIDDLETON, ET AL. | : | 02-5898 |
| MINER, ET AL. | : | 02-5927 |
| HUTCHISON | : | 02-5942 |
| HUNT | : | 02-5956 |
| HEADS | : | 02-5958 |
| WINNEKE | : | 02-6022 |
| WOODWARD | : | 02-6027 |
| FORD | : | 02-6058 |
| EDLER | : | 02-6065 |
| GADLEY | : | 02-6075 |
| RIZZA, ET AL. | : | 02-6107 |
| CHIU, ET AL. | : | 02-6132 |
| MUGA | : | 02-6135 |
| CALDWELL | : | 02-6144 |
| TEATS, SR., ET AL. | : | 02-6178 |
| GENN | : | 02-6198 |
| GERBER | : | 02-6201 |
| LEVESKI | : | 02-6233 |
| LATHROP | : | 02-6243 |
| SHAW, ET AL. | : | 02-6287 |
| STOWERS, ET AL. | : | 02-6291 |
| SEMBILLO, ET AL. | : | 02-6313 |
| SINGLETON, ET AL. | : | 02-6324 |
| STREHL, SR., ET AL. | : | 02-6339 |
| CLARK-LAHEY | : | 02-6362 |
| DUKE, ET AL. | : | 02-6418 |
| DEATON, ET AL. | : | 02-6420 |
| DE GEORGE, ET AL. | : | 02-6427 |
| DICE, ET AL. | : | 02-6431 |

| | | |
|---|---|---|
| LACERTE, ET AL. | : | 02-6458 |
| HUBBARD | : | 02-6480 |
| GIAMMARINARO, ET AL. | : | 02-6500 |
| AVVAMPATO, ET AL. | : | 02-6534 |
| | : | |
| VS. | : | |
| | : | |
| BAYER CORPORATION, *et al.* | : | |

### O R D E R

**AND NOW,** this _____ day of August, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Anita B. Brody, Judge**